JOHN DOHN, Respondent, *v.* JOHN DAWSON et al., Appellants.

*Dohn* v. *Dawson,* 90 Hun, 271, affirmed.
(Argued October 7, 1898; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered November 22, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles M. Earle* for appellants.

*Edward J. McGuire* for respondent.

Judgment and order affirmed, with costs ; no opinion.
All concur, except PARKER, Ch. J., not sitting.

———————

HENRI JACQUIN, Respondent, *v.* PAULINE BOUTARD et al., Appellants.

*Jacquin* v. *Boutard,* 89 Hun, 437, affirmed.
(Argued October 10, 1898 ; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered October 23, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*George A. Strong* for appellants.

*Charles E. Hughes* and *Edward F. Dwight* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting, and O'BRIEN, J., dissenting.